IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHN CONNER and | : | NO. 11-40458-JTL |
| BETTY LOU CONNER, | : | Chapter 7 Proceeding |
|    Debtors. | : | |

## NOTICE OF TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE SUBJECT TO ALL LIENS AND ANY OTHER CLAIM

WALTER W. KELLEY, CHAPTER 7 TRUSTEE, HAS FILED A MOTION IN THE ABOVE-STYLED CASE TO SELL REAL ESTATE AT PUBLIC AUCTION OUTSIDE THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. §363(b) and 11 U.S.C. §363(f), SUBJECT TO ALL LIENS, ENCUMBRANCES, MORTGAGES, SECURITY INTERESTS, CHARGES AND CLAIMS OF EVERY KIND AND DESCRIPTION, KNOWN AND UNKNOWN, WITH ALL VALID LIENS TO ATTACH TO THE PROCEEDS. The property to be sold is the Debtor's real property in Muscogee County, Georgia described as 1808 51st Street, Columbus, Georgia.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.).**

IF YOU DO NOT WANT THE COURT TO GRANT THE TRUSTEE'S MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE November 2, 2011. IF ANY OBJECTIONS ARE FILED, THE HEARING WILL BE HELD ON November 18, 2011 AT 2:00 P. M. AT UNITED STATES BANKRUPTCY COURT, 901 FRONT AVENUE, ONE ARSENAL PLACE, COLUMBUS, GA 31902.

IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE. THE REQUEST SHOULD BE MAILED TO THE UNITED STATES BANKRUPTCY COURT, P.O. BOX 2147, COLUMBUS, GEORGIA 31902.

ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

THE 12th DAY OF October, 2011.

/s/ Thomas D. Lovett
Thomas D. Lovett
Attorney for Walter W. Kelley, Trustee
Post Office Box 1164
Valdosta, Georgia 31603
(229) 242-8838
State Bar No. 459571

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHN CONNER and | : | NO. 11-40458-JTL |
| BETTY LOU CONNER, | : | Chapter 7 Proceeding |
|    Debtors. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have furnished a true copy of the **MOTION BY WALTER W. KELLEY, TRUSTEE, TO SELL REAL ESTATE AT PUBLIC AUCTION OUTSIDE THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. §363(b) AND 11 U.S.C. §363(f), SUBJECT TO LIENS, ENCUMBRANCES, MORTGAGES, SECURITY INTERESTS, CHARGES AND CLAIMS OF EVERY KIND AND DESCRIPTION, KNOWN AND UNKNOWN, WITH ALL VALID LIENS TO ATTACH TO THE PROCEEDS and Notice** on the parties listed below by electronic mail or by depositing the same in the United States Mail, in a properly addressed envelope with sufficient postage thereto affixed to insure delivery.

JOHN CONNER and BETTY LOU CONNER
1808 51ST STREET
COLUMBUS, GA 31904

VALERIE G. LONG
ATTORNEY FOR DEBTORS
POST OFFICE BOX 8641
COLUMBUS, GA 31908-8641
lawofficevglong@yahoo.com

ELIZABETH A. HARDY
ASST. U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

I hereby certify that I furnished a true copy of the Notice to the parties named in Exhibit "B" hereto attached by electronic mail or by depositing the same in the United States Mail in properly addressed envelopes with sufficient postage thereto affixed to insure delivery.

This, the 12th day of October, 2011.

/s/ Thomas D. Lovett
Thomas D. Lovett
Attorney for Walter W. Kelley, Trustee
Post Office Box 1164
Valdosta, Georgia 31603
(229) 242-8838
State Bar No. 459571

| | | |
|---|---|---|
| Accounts Receivable Mgmt, Inc.<br>P.O. Box 563<br>Thorofare, NJ 08086-0563 | Alabama Power<br>1601 Broad Street<br>Phenix City, AL 36867-5014 | ALABAMA POWER COMPANY<br>P.O. BOX 12545<br>BIRMINGHAM, AL 35202-6545 |
| AMCA<br>2269 S Saw Mill<br>Elmsford, NY 10523-3832 | American Enterprises<br>9319 N 107th Street<br>Milwaukee, WI 53224 | Anesthesia Associates of Columbus<br>P.O. Box 2445<br>Columbus, GA 31902-2445 |
| Applied Bank<br>P.O. Box 17125<br>Wilmington, DE 19850-7125 | APX Alarm Security Solutions<br>5132 N 300 West<br>Provo, UT 84604-5817 | Armstrong & Associates<br>P.O. Box 1787<br>Mobile, AL 36633-1787 |
| AT&T Mobility<br>P.O. Box 772349<br>Ocala, FL 34477-2349 | Betty Lou Conner<br>1808 51st Street<br>Columbus, GA 31904-6065 | BRM<br>18002 Irvine Boulevard<br>Tustin, CA 92780-3301 |
| Capital Management Services, LP<br>726 Exchange St, Ste. 700<br>Buffalo, NY 14210-1464 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3901 Dallas Parkway<br>Plano, TX 75093-7864 |
| Capital One Auto Finance<br>P.O. Box 260848<br>Plano, TX 75026-0848 | CAVALRY PORTFOLIO SERVICES<br>7 SKYLINE DR STE 350<br>HAWTHORNE NY 10532-2162 | Cavalry Portfolio Services<br>7 Skyline Drive, Ste. 3<br>Hawthorne, NY 10532-2162 |
| CCB Credit Services, Inc.<br>P.O. Box 272<br>Springfield, IL 62705-0272 | Cessna Employee Credit<br>P.O. Box 7704<br>Wichita, KS 67277-7704 | Charles T. Day, III<br>Attorney At Law<br>1790 Atkinson Road, Ste. F<br>Lawrenceville, GA 30043-7989 |
| Client Services, Inc.<br>3451 Harry Truman Boulevard<br>St. Charles, MO 63301-9816 | Colonial Finance Company<br>3227 Victory Drive<br>Columbus, GA 31903-1815 | Constar Financial Services, LLC<br>P.O. Box 12020<br>Glendale, AZ 85318-2020 |
| Credit Acceptance<br>P.O. Box 513<br>Southfield, MI 48037-0513 | Credit Collection Services<br>Two Wells Avenue<br>Newton, MA 02459-3246 | Credit Management, LP<br>4200 International Parkway<br>Carrollton, TX 75007-1912 |
| Direct TV*<br>P.O. Box 6550<br>Greenwood Village, CO 80155-6550 | East Alabama Endocrinology, P.C.<br>3320 Skyway Drive, Ste. 808<br>Opelika, AL 36801-7141 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 |

**EXHIBIT A**

| | | |
|---|---|---|
| Emergency Medical Specialists<br>Of Columbus, PC<br>P.O. Box 5638<br>Athens, GA 30604-5638 | Encore Receivable Management Inc.<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | Endocrine Consultants<br>2425 Brookstone Centre Parkway<br>Columbus, GA 31904-4501 |
| Fashion Bug/SOANB<br>P.O. Box 84073<br>Columbus, GA 31908-4073 | Financial Asset Management<br>Systems, Inc.<br>P.O. Box 451409<br>Atlanta, GA 31145-9409 | First Investors Financial Services<br>380 Interstate North SE, 3rd Floor<br>Atlanta, GA 30339-2222 |
| Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | Frederick J. Hanna & Associates<br>Attorneys At Law<br>1427 Roswell Road<br>Marietta, GA 30062-3668 | GA ATTORNEY GENERAL<br>40 Capital Square SW<br>Atlanta, GA 30334 |
| GEMB/Sams Club<br>P.O. Box 981400<br>El Paso, TX 79998-1400 | GEORGIA DEPARTMENT OF REVENUE<br>Bankruptcy Unit<br>P.O. Box 161108<br>Atlanta, GA 30321 | GMCS, Inc.<br>P.O. Box 5960<br>Athens, GA 30604-5960 |
| Home Depot/Citibank<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | HSBC Auto Finance*<br>P.O. Box 17904<br>San Diego, CA 92177-7904 | HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 |
| Hughes Network Systems<br>P.O. Box 96874<br>Chicago, IL 60693-6874 | INTERNAL REVENUE SERVICE<br>Insolvency Section<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James B. Nutter & Company<br>4153 Broadway Street<br>Kansas City, MO 64111-2694 |
| John Conner<br>1808 51st Street<br>Columbus, GA 31904-6065 | Knology*<br>1241 O.G. Skinner Drive<br>West Point, GA 31833-1789 | LabCorp<br>P.O. Box 2240<br>Burlington, NC 27216-2240 |
| Life Line Ambulance<br>P.O. Box 8323<br>Columbus, GA 31908-8323 | Mediacom<br>6700 Macon Road<br>Columbus, GA 31907-5735 | Merchants Adjustment Service**<br>P.O. Box 7511<br>Mobile, AL 36670-0511 |
| Metro Finance<br>Special Collection Unit<br>29870 Middlebelt Road<br>Farmington Hills, MI 48334-2316 | Midland Credit Management<br>A/K/A Midland Funding, LLC<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Muscogee Home Health<br>7200 Manor Road<br>Columbus, GA 31907-3146 |
| National Asset Recovery Services, Inc.<br>P.O. Box 701<br>Chesterfield, MO 63006-0701 | NCO Financial<br>P.O. Box 4941, Dept. 80<br>Trenton, NJ 08650-4941 | North Shore Agency<br>4000 E Fifth Avenue<br>Columbus, OH 43219-1811 |

| | | |
|---|---|---|
| Nuvell Credit<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | Peak 5<br>6782 S Potomac Street<br>Englewood, CO 80112-3915 | Pinnacle Credit Services<br>P.O. Box 640<br>Hopkins, MN 55343-0640 |
| Premium Asset Recovery Corporation<br>350 Jim Moran Boulevard, Ste. 210<br>Deerfield Beach, FL 33442-1782 | Publishers Clearing House<br>P.O. Box 26301<br>Lehigh Valley, PA 18002-6301 | Quick Loan<br>1240 Broadway<br>Columbus, GA 31901-2431 |
| Radiology Associates Of Columbus<br>P.O. Box 2787<br>Columbus, GA 31902-2787 | Receivable Management Group<br>P.O. Box 6070<br>2901 University Avenue, Suite 29<br>Columbus, GA 31907-7601 | Resurgent Capital Services<br>P.O. Box 19006<br>Greenville, SC 29602-9006 |
| Santander Consumer<br>F/K/A Citifinancial Auto<br>P.O. Box 562088, Ste. 900-N<br>Dallas, TX 75356-2088 | Southwestern Pathology Assoc.<br>P.O. Box 767697<br>Roswell, GA 30076-7697 | St. Frances Hospital, inc.<br>c/o Michael P. Cielinski, P.C.<br>P.O. Box 1882<br>Columbus, GA 31902-1882 |
| St. Francis Affiliated Serv. Inc.<br>3744 Woodruff Road<br>Columbus, GA 31904-5601 | St. Francis Center for<br>Surgical Care<br>P.O. Box 15834<br>Wilmington, DE 19850-5834 | St. Francis Hospital<br>P.O. Box 84012<br>Columbus, GA 31908-4012 |
| St. Francis Orthopaedic Institute<br>P.O. Box 7217<br>Columbus, GA 31908-7217 | Synergetic Communication, Inc.<br>1301 E Third Avenue, Ste. 200<br>Post Falls, ID 83854-7545 | U. S. ATTORNEY GENERAL<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U. S. ATTORNEY'S OFFICE<br>Attn: Barbara Parker<br>P.O. Box 1702<br>Macon, GA 31202 | U.S. Trustee - MAC 7<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | United Healthcare<br>P.O. Box 77023<br>Minneapolis, MN 55480-7723 |
| United Recovery Systems, LP<br>5800 North Course Drive<br>Houston, TX 77072-1613 | Valerie G. Long<br>Arey, Long and Cross<br>4800 Armour Road<br>P.O. Box 8641<br>Columbus, GA 31908-8641 | Vantage Sourcing<br>P.O. Box 6786<br>Dothan, AL 36302-6786 |
| Verizon Wireless<br>Bankruptcy Administration<br>P.O. Box 3397<br>Bloomington, IL 61702-3397 | Web Bank/DFS<br>A/K/A Dell Preferred Account<br>6440 South Wasatch Blvd., Ste. 300<br>Salt Lake City, UT 84121-3518 | Wells Fargo Financial<br>800 Walnut Street<br>Des Moines, IA 50309-3891 |
| World Finance<br>419 Veterans Parkway<br>Columbus, GA 31901 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHN CONNER and | : | NO. 11-40458-JTL |
| BETTY LOU CONNER, | : | Chapter 7 Proceeding |
| Debtors. | : | |

## MOTION BY WALTER W. KELLEY, TRUSTEE, TO SELL REAL ESTATE AT PUBLIC AUCTION OUTSIDE THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. §363(b) AND 11 U.S.C. §363(f), SUBJECT TO ALL LIENS, ENCUMBRANCES, MORTGAGES, SECURITY INTERESTS, CHARGES AND CLAIMS

COMES NOW Walter W. Kelley, Trustee in the above-referenced case, and shows as follows:

-1-

The Debtors named above filed a voluntary Chapter 7 case on August 17, 2009. Walter W. Kelley ("Trustee") is the duly appointed and acting Trustee in this case.

-2-

This motion is brought under 11 U.S.C. §363 and Bankruptcy Rule 6004. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A)(O).

-3-

The debtors own real estate in Muscogee County, Georgia described as 1808 51st Street, Columbus, Georgia. The real estate is or was the debtors' residence. According to the debtors' bankruptcy petition, the real estate has a value of $80,000 and was subject to a security deed in favor of James B. Nutter & Company ("Nutter Company") which secured a mortgage debt of $80,242. The Trustee filed adversary proceeding complaint 11-4027 to avoid Nutter Company's security deed. A default judgment was entered in the adversary proceeding on August 29, 2011 (as Document text no. 13) which avoided and canceled Nutter Company's security deed. The Trustee believes there is no other security deed or other lien claim against the real estate.

-4-

The Trustee believes that the debtors have vacated or intend to vacate the real estate.

-5-

The Trustee desires to sell the real estate described above to the highest bidder through Rowell Auctions, Inc. ("Rowell"). Rowell's fee is a 10% buyer's premium that will be added to the buyer's bid price plus reimbursement of out-of-pocket expense. Copies of Rowell's "*Auction Listing Contract With Exclusive Right to Sell*" describing its compensation is attached as Exhibit "A."

-6-

The Trustee believes it will be in the best interest of the Debtors' estate and creditors that this property is sold via auction.

-7-

All property sold will be sold subject to all valid and enforceable liens.

**WHEREFORE, THE TRUSTEE PRAYS FOR AN ORDER:**

(a) Allowing the above-described auction sale subject to all liens.

(b) Requiring the Debtors to cooperate with the Trustee and Rowell and their employees in connection with the sale, including, but not limited to all pre-sale preparation and activities, allowing the Trustee or Rowell full and complete access to the real estate and allowing the sale to be conducted on the Debtors' real estate.

(c) Which permits the Trustee to compensate Rowell directly from the sale proceeds consistent with the order authorizing Rowell's employment.

(d) That allows the Trustee discretion to reject any bid or offer that the Trustee believes is not in the best interests of the estate.

(e) That grants such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Thomas D. Lovett
Thomas D. Lovett
Attorney for Walter W. Kelley, Trustee
Post Office Box 1164
Valdosta, Georgia 31603
(229) 242-8838
State Bar No. 459571